[No. 5375–0–III.   Division Three.   June 19, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHLAND
SAND AND GRAVEL COMPANY, ET AL, *Defendants,*
YAKIMA CEMENT PRODUCTS COMPANY,
ET AL, *Appellants.*

Appeal from judgments of the Superior Court for Benton County, Nos. 81–2–00369–6, 81–2–00368–8, Fred R. Staples, J., entered September 2, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 6019–5–III.   Division Three.   June 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. CONNIE
DENISE KIMBLE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–1–00209–1, Harry Hazel, J. Pro Tem., entered July 14, 1983. *Affirmed* by unpublished per curiam opinion.

[No. 5521–3–III.   Division Three.   June 21, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. GUY
PHILLIP VIGUE, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82–1–00485–6, George T. Shields, J., entered December 6, 1982. *Affirmed* by unpublished opinion per Green, A.C.J., concurred in by McInturff and Thompson, JJ.